# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

RUSSELL McLEOD,                    )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        NO. CIV-19-0138-SM
                                   )
COMMISSIONER OF SOCIAL             )
SECURITY,                          )
                                   )
            Defendant.             )

## ORDER

Plaintiff Russell McLeod filed a complaint seeking review of the denial of disability benefits and a motion to proceed *in forma pauperis*.  Pursuant to General Order 16-4, the matter was referred to Magistrate Judge Suzanne Mitchell.  Judge Mitchell has issued a Report and Recommendation recommending that plaintiff's motion be granted in part and denied in part.

Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).  The court **ADOPTS** the Report and Recommendation [Doc. # 3]. Plaintiff's Application to Proceed IFP [Doc. # 2] is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff is **ORDERED** to make a $50.00 payment to the district court clerk by **April 1, 2019**, and thereafter shall pay $50.00 on or before the first day of each month until the full $400 filing fee is paid in full.  Failure to comply with this payment schedule may result in this case being dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 13th day of March, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE